IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JAMES A. GILES, | Civil No. 0:10-959 DCN |
| Plaintiff, | |
| vs. | **O R D E R** |
| DOCTOR ALLAN WALLS; DOCTOR EILLEN DELANEY; DOCTOR ROBERT POILETMAN; MRS. AMY ENLOE, | |
| Defendants. | |

The above referenced matter is before this court upon plaintiff's objections to the Magistrate Judge's Report and Recommendation. This objection was filed August 11, 2011, which was after the court prepared its order affirming the Magistrate Judge's Report and Recommendation (order filed August 8, 2011). **The plaintiff's objections have been received, considered and are overruled.**

The Report and Recommendation of the Magistrate Judge is **AFFIRMED**.

**AND IT IS SO ORDERED.**

David C. Norton
Chief United States District Judge

Charleston, South Carolina
August 17, 2011

*NOTICE OF RIGHT TO APPEAL*

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.